

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-19-00234-CR,
06-19-00235-CR & 06-19-00236-CR

GABRIEL LOGAN OROCIO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court Nos. 2019F00125, 2019F00146 & 2019F00147

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Appellant Gabriel Logan Orocio appeals from his convictions of two counts of aggravated sexual assault of a child and one count of indecency with a child and the resulting sentences. On March 23, 2020, Orocio's court-appointed appellate counsel, John Mark Burgess, filed an *Anders*[1] brief, and on April 24, 2020, Orocio filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Orocio's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Orocio's access to the record.

On April 16, 2020, Burgess advised this Court that he had mailed a complete paper copy of the appellate record to Orocio. Allowing fifteen days from the date of this order for the record to be delivered to Orocio and giving him thirty days to prepare his pro se response, we hereby set June 5, 2020, as the deadline for Orocio to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        April 20, 2020

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).